NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEN NOLEN,**
*Plaintiff-Cross Appellant,*

AND

**MATTICKS & EASTHAM, LLP,**
*Movant-Cross Appellant,*

AND

**SAM G. GIBBS,**
*Plaintiff-Cross Appellant,*

AND

**COTTON, BLEDSOE, TIGHE & DAWSON, P.C.,**
*Movant-Cross Appellant,*

v.

**LUFKIN INDUSTRIES, INC., GARY BUSH** AND
**ANDREWS KURTH, LLP,**
*Defendants-Appellants.*

---

2011-1251, -1265, -1278, -1279, -1499, -1500, -1522, -1523

---

Appeals from the United States District Court for the Western District of Texas in case no. 10-CV-0048, Senior Judge Harry Lee Hudspeth.

---

## O R D E R

Upon review of these appeals, the appeals are consolidated.

IT IS ORDERED THAT:

The revised official caption is reflected above.

FOR THE COURT

FEB 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Kenneth E. Carroll, Esq.
     Kenneth R. Matticks, Esq.
     Richard D. Milvenan, Esq.
     Charles C. Aycock, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2012

JAN HORBALY
CLERK